IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JULIE PENEGAR,<br><br>          Plaintiff,<br><br>v.<br><br>JAGMOHON THIND,<br><br>          Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:25-cv-00403-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Cecilia M. Romero on April 21, 2026, recommending the Court dismiss this action without prejudice for failure to prosecute.[1]  The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of service.[2]  No party filed any objection, nor did any party file any other item.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court adopts it.  Despite the October 27, 2025 Order to Amend Deficient Complaint,[3] Plaintiff has failed to take any action whatsoever in this case at any time after that order was entered.  Accordingly, this case will be dismissed for failure to prosecute.

---

[1] *See* Report and Recommendation (ECF No. 8).

[2] *See id.* at 2–3.

[3] ECF No. 7.

## ORDER

Based on the above, the Court ADOPTS the Report and Recommendation (ECF No. 8) and DISMISSES this action without prejudice.  Let judgment be entered accordingly.

DATED this 7th day of May 2026.    By the Court:

Ann Marie McIff Allen
United States District Judge

2